UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE HARRISON, On Behalf Of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IBIS TECHNOLOGY CORP., and MARTIN J. REID<br>Defendants. | CIVIL ACTION NO.<br>04-10286 (RCL) |

### JOINT MOTION AND [PROPOSED] ORDER
### TO EXTEND TIME TO RESPOND TO THE COMPLAINT

The parties hereto, by and through their counsel, hereby agree to extend the time within which defendants Ibis Technology Corp. and Martin J. Reid (collectively the "Defendants") must answer, move or otherwise respond to the complaint in this action. Plaintiff has represented that he will file an amended complaint in this action. Thus, the parties respectfully request that the following briefing schedule be ordered in this case:

- The consolidated amended complaint shall be due sixty (60) days after the Court's selection of a lead plaintiff pursuant to § 78u-4(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a et seq.), as amended by the Private Securities Litigation Reform Act of 1995 (the "Reform Act").

- Defendants shall have sixty (60) days following the filing of the consolidated amended complaint to answer, move or otherwise respond to the complaint.

- If the Defendants move to dismiss the consolidated amended complaint, plaintiff shall have sixty (60) days from the receipt of Defendants' motion to file his opposition thereto.

- Following the receipt of plaintiff's opposition, Defendants shall have forty-five (45) days to file a reply brief in support of their motion to dismiss.

Dated: February 18, 2004

| | |
|---|---|
| GEORGE HARRISON,<br>On Behalf of Himself and All<br>Others Similarly Situated | IBIS TECHNOLOGY CORP. and<br>MARTIN J. REID |
| By his attorneys, | By their attorneys, |
| *Theodore Hess-Mahan /CSC*<br>Theodore Hess-Mahan (BBO#557109)<br>SHAPIRO HABER & URMY LLP<br>75 State Street<br>Boston MA 02109<br>(617) 439-3939 | *Brian E. Pastuszenski /CSC*<br>Brian E. Pastuszenski (BBO# 391030)<br>Christine S. Chung (BBO #631724)<br>TESTA, HURWITZ & THIBEAULT, LLP<br>125 High Street<br>High Street Tower<br>Boston, MA 02110<br>(617) 248-7000 |

Gregory Mark Nespole, Esq.
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
(212) 545-4600

LAW OFFICES OF BRUCE MURPHY
265 Lloyds Lane
Vero Beach, FL 32963
(772) 231-4202

LAW OFFICES OF ROBERT ALTCHILER
590 Madison Avenue
21st Floor
New York, NY 10022
(212) 541-2422

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on February 18, 2004
*Chris R. Chung*

IT IS SO ORDERED:

_____
United States District Judge

Dated: _____
3021661_1

- 2 -