# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORGE HARRISON, On Behalf of Himself and All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No.  04-10286 (RCL) |
| IBIS TECHNOLOGY CORP., and MARTIN J. REID, ) ) ) | |
| Defendants. ) | |

## LOCAL RULE 7.3 CORPORATE
## DISCLOSURE STATEMENT OF IBIS TECHNOLOGY CORP.

Pursuant to Local Rule 7.3 of the United States District Court for the District of

Massachusetts, Ibis Technology Corp., ("Ibis") submits the following corporate disclosure

statement:

Ibis hereby states that it does not have a parent corporation.  No publicly held corporation

owns ten percent or more of Ibis' stock.

Dated: February 18, 2004

Respectfully submitted,
IBIS TECHNOLOGY CORP.

By: Brian E. Pastuszenski / CSC
Brian E. Pastuszenski (BBO#391030)
Christine S. Chung (BBO#631724)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, MA 02110
(617) 248-7000

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/by hand) on February 18, 2004.

Christ'n S Chung

3023415_1