UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE HARRISON, On Behalf<br>Of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IBIS TECHNOLOGY CORP., and<br>MARTIN J. REID<br>Defendants. | CIVIL ACTION NO.<br>04-10286 (RCL) |

## AMENDED JOINT MOTION AND [PROPOSED] ORDER
## TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Plaintiff and defendants, Ibis Technology Corp. and Martin J. Reid (collectively the "Defendants"), by and through their counsel, agree to extend the time within which the Defendants must answer, move or otherwise respond to the complaint in this action. In light of the Court's February 24, 2004 Order on the parties' Joint Motion and [Proposed] Order to Extend Time to Respond to the Complaint, the parties respectfully request that the following briefing schedule be ordered in this case:

- An amended complaint (or a consolidated amended complaint, to the extent that the Court consolidates the above-captioned action with the other actions related to Ibis Technology Corp. currently pending before this Court) shall be due forty (40) days after the Court's selection of a lead plaintiff pursuant to § 78u-4(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a et seq.), as amended by the Private Securities Litigation Reform Act of 1995 (the "Reform Act").

- Defendants shall have forty (40) days following the filing of any such amended complaint or consolidated amended complaint to answer, move or otherwise respond to the complaint.

- If the Defendants move to dismiss any such amended complaint or consolidated amended complaint, plaintiff shall have forty (40) days from the receipt of Defendants' motion to file his opposition thereto.

- No reply brief may be filed or served without leave of court. If the Court grants leave to file a reply brief, Defendants shall have forty (40) days following receipt of the plaintiff's opposition to file a reply brief in support of their motion to dismiss

Dated: March 5, 2004

| | |
|---|---|
| GEORGE HARRISON,<br>On Behalf of Himself and All<br>Others Similarly Situated | IBIS TECHNOLOGY CORP. and<br>MARTIN J. REID |
| By his attorneys, | By their attorneys, |
| *Theodore Hess-Mahan /dws/*<br>Theodore Hess-Mahan (BBO#557109)<br>SHAPIRO HABER & URMY LLP<br>75 State Street<br>Boston MA 02109<br>(617) 439-3939 | *Laura M. Stock*<br>Brian E. Pastuszenski (BBO# 391030)<br>Christine S. Chung (BBO #631724)<br>Laura M. Stock (BBO #652276)<br>TESTA, HURWITZ & THIBEAULT, LLP<br>125 High Street<br>High Street Tower<br>Boston, MA 02110<br>(617) 248-7000 |
| Gregory Mark Nespole, Esq.<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, NY 10016<br>(212) 545-4600 | CERTIFICATE OF SERVICE<br>I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 3/5/04<br>*Laura M. Stock* |
| LAW OFFICES OF BRUCE MURPHY<br>265 Lloyds Lane<br>Vero Beach, FL 32963<br>(772) 231-4202 | |
| LAW OFFICES OF ROBERT ALTCHILER<br>590 Madison Avenue<br>21st Floor<br>New York, NY 10022<br>(212) 541-2422 | IT IS SO ORDERED:<br><br>_____<br>United States District Judge<br><br>Dated: _____ |

3031034_1

- 2 -